BEFORE THE THIRD DIVISION, MARCH 2, 1961

No. 65222.—Reliance Merchandise Co., Inc., et al. *v.* United States, protests 60/10979, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.